•

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPLEX MEMORY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RENESAS ELECTRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. 18-cv-04103-SVK<br><br>**ORDER REQUESTING INFORMATION FOR CASE MANAGEMENT CONFERENCE** |

In preparation for the Initial Case Management Conference on November 6, 2018, (ECF 29), the Court requests that Plaintiff Complex Memory LLC provide the Court with the following documents:

- Electronic and hard copies (2 sets) of the patents-in-suit;
- A chart (in pdf) outlining the following information for each patent-in-suit:
    - Patent number
    - Patent title
    - Relationship to other patents in suit (if any)
    - Number of claims
    - Number of independent claims
    - Former or current litigation (case name/number)
- Hard color copies (2 sets) of each exhibit attached to Plaintiff's complaint.

Plaintiff is requested to submit the electronic materials requested above directly to Magistrate Judge van Keulen's court room deputy Denisa Matamoros

(denisa_matamoros@cand.uscourts.gov)[1] by 5:00 p.m. on November 1, 2018. The hard copies may be submitted at the Initial Case Management Conference.

**SO ORDERED.**

Dated: October 31, 2018

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] Ms. Matamoros will be unavailable on November 1, 2018; therefore, Plaintiff is directed to send the materials to Oscar Rivera (Oscar_Rivera@cand.uscourts.gov) for this submission only.